

FILED

JUL − 2 2010

CLERK, US DISTRICT COURT
NEWPORT NEWS, VA

**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
NEWPORT NEWS DIVISION**

UNITED STATES OF AMERICA          )
                                  )
                    v.            )  DOCKET NO. 4:10-MJ-255
                                  )  (Misdemeanor)
JOHN SMITH                        )  VA 19
                                  )
                                  )  Court Date: July 12, 2010
                                  )  Time: 8:30 a.m.

CRIMINAL INFORMATION

COUNT ONE
(Misdemeanor)  Ticket No. 2567761

THE UNITED STATES ATTORNEY CHARGES:

That on or about May 4, 2010, at Fort Eustis, Virginia, on lands acquired for the

use of the United States, within the special maritime and territorial jurisdiction of this

court, in the Eastern District of Virginia, JOHN SMITH, operated a motor vehicle during

the time for which his operator license was suspended or revoked.    (In violation of Title

18, United States Code, Sections 7 & 13 assimilating Code of Virginia, Section 46.2-

301.)

NEIL H. MACBRIDE
UNITED STATES ATTORNEY

By: _____
RICHARD J. WILLIAMS
Special Assistant United States Attorney
Office of the U.S Attorney
OH Bar Number 0076099
101 W. Main St., Suite 8000
Norfolk, Va. 23510
(757) 441-6331, Fax: (757) 441-3205
richard.joseph.williams@us.army.mil

## CERTIFICATE OF SERVICE

I certify that on ___Jul 1___, 2010, I served a true copy of the foregoing CRIMINAL

INFORMATION on the defendant, JOHN SMITH.

RICHARD J. WILLIAMS
Special Assistant United States Attorney
Office of the U.S Attorney
OH Bar Number 0076099
101 W. Main St., Suite 8000
Norfolk, Va. 23510
(757) 441-6331, Fax: (757) 441-3205
richard.joseph.williams@us.army.mil